906 A.2d 439

IN THE MATTER OF HENRY A. WALSH,
AN ATTORNEY AT LAW.

September 20, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 06–159, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **HENRY A. WALSH** of **LAKEWOOD**, who was admitted to the bar of this State in 1993, should be reprimanded for violating *RPC* 1.3(lack of diligence), *RPC* 1.4(b)(failure to communicate with client), and *RPC* 8.1(b)(failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **HENRY A. WALSH** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.